1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  TYLER V. HEATH, State Bar No. 271478
   Supervising Deputy Attorney General
3  SHIRAN ZOHAR, State Bar No. 287574
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-6509
6   Fax: (916) 324-5205
    E-mail: Shiran.Zohar@doj.ca.gov
7  *Attorneys for Defendants Rios, Saeteurn, and Navarro*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIGUEL ROSALES,<br><br>  Plaintiff,<br><br>  v.<br><br>L. RIOS, et al., ,<br><br>  Defendants. | 2:21-cv-01758-EFB<br><br>**JOINT MOTION AND [~~PROPOSED~~] ORDER TO STAY THE CASE AND VACATE DISCOVERY AND SCHEDULING ORDER PENDING RESOLUTION OF SETTLEMENT CONFERENCE**<br><br>Judge:       The Hon. Edmund F. Brennan<br>Trial Date:  Not Set<br>Action Filed: September 27, 2021 |

The parties jointly move for an order staying discovery and vacating the discovery and dispositive-motion deadlines in the Court's discovery and scheduling order (ECF No. 32), pending resolution of the parties' settlement conference scheduled for November 28, 2022. (ECF No. 37.) A scheduling order may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). "The focus of the 'good cause' analysis under Rule 16(b) is the diligence of the party seeking the amendment." *Johnson v. Mammoth Creations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). As a secondary consideration, the court considers the degree of prejudice to the opposing

1

Joint Mot. & [~~Prop.~~] Order to Stay the Case Pending Resolution of Settlement Conf. (2:21-cv-01758-EFB)

party. *Id*. Ultimately, the district court is given broad discretion to modify a scheduling order. *Id*. at 607.

The parties have discussed the current scheduling order and this requested extension and believe that the requested extension is both necessary and productive. Plaintiff's attorney filed a Fourth Amended Complaint (ECF No. 35) after the Court issued its discovery and scheduling order, which sets the close of discovery as December 30, 2022, and requires all discovery requests to be served no later than October 28, 2022 (ECF No. 32). The parties have begun engaging in informal discovery, and will be participating in an early settlement conference on November 28, 2022. (ECF No. 37.) The parties have been communicating in good faith, and have agreed to exchange certain documents in advance of the settlement conference. In the event the settlement conference is unsuccessful, the parties will need additional time to conduct discovery and fully investigate the claims and defenses.

The parties therefore request that the Court vacate its current discovery and scheduling order, stay the case, and reset the applicable deadlines pending resolution of the settlement conference. This joint motion is not brought for purposes of delay or harassment, and is an attempt to productively and expediently resolve this matter.

Dated: October 26, 2022

Respectfully Submitted,

ROB BONTA
Attorney General of California

TYLER V. HEATH
Supervising Deputy Attorney General

*/s/ Shiran Zohar*

SHIRAN ZOHAR
Deputy Attorney General
*Attorneys for Defendants Rios, Saeteurn, and Navarro*

*/s/ Brody McBride*

BRODY MCBRIDE
Brody McBride Law
*Attorneys for Plaintiff M. Rosales*
(approval to e-sign provided to Defendants' counsel on October 26, 2022)

2

Good cause appearing, the parties' joint motion to stay discovery and vacate the current discovery and scheduling order is GRANTED. If necessary, the deadlines will be reset pending after resolution of the pending settlement conference.

**IT IS SO ORDERED.**

**Dated: October 27, 2022.**

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3

Joint Mot. & [Prop.] Order to Stay the Case Pending Resolution of Settlement Conf. (2:21-cv-01758-EFB)