UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ROSALES, | No. 2:21-cv-01758-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| L. RIOS, et al., | |
| Defendants. | |

Plaintiff commenced this action as a state prisoner proceeding pro se. *See* ECF No. 1. He now proceeds through counsel and has filed a fourth amended complaint, which the court must screen pursuant to 28 U.S.C. § 1915A.[1] The fourth amended complaint (ECF No. 35) states a cognizable Eighth Amendment excessive force claim against defendant correctional sergeant L. Rios, and defendant correctional officers F. Navarro and M. Saeteurn.

So ordered.

Dated: November 28, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).