1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   R. LAWRENCE BRAGG, State Bar No. 119194
    Supervising Deputy Attorney General
3   ANDREA R. SLOAN, State Bar No. 265421
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone:  (916) 210-7362
6     Fax:  (916) 324-5205
      E-mail:  Andrea.Sloan@doj.ca.gov
7   *Attorneys for Defendants*
    *L. Rios, M. Saeteurn, and F. Navarro*

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO DIVISION

11

12

| | |
|---|---|
| 13 **MIGUEL ROSALES,** | 2:21-cv-01758-EFB (PC) |
| 14                                      Plaintiff, | **STIPULATION TO EXTEND THE DISCOVERY AND DISPOSITIVE** |
| 15        **v.** | **MOTION DEADLINES; ~~PROPOSED~~ ORDER** |
| 16 **L. RIOS, et al.,** | Judge:        The Honorable |
| 17                                     Defendants. | Trial Date:   Not Set |
| 18 | Action Filed:  September 27, 2021 |

19        Plaintiff Miguel Rodriguez and Defendants L. Rios, M. Saeteurn, and F. Navarro, through

20   their respective counsel, stipulate as follows:

21        1.    The parties stipulate to an extension of time to complete non-expert discovery and file

22   discovery motions from the current deadline of March 31, 2023, to June 30, 2023, with the

23   understanding that expert discovery/disclosures is governed by Federal Rule of Civil Procedure

24   26(a)(2), unless otherwise specified by the Court at a later time.

25        2.    The parties further stipulate to an extension of time to file dispositive motions from

26   June 30, 2023 to September 30, 2023.

27        3.    The parties do not stipulate to any other changes to any presently scheduled

28   deadlines, hearing dates, or other dates.

1

Stip. To Extend Disco. and Dispo. Motion Deadlines; ~~Proposed~~ Order   (2:21-cv-01758-EFB (PC))

4.     Good cause for this stipulation is as follows.  The parties have been actively engaged in discovery and good faith settlement negotiations.  Written discovery is nearly complete through meet and confer efforts, but the parties have agreed to attend a second settlement conference after further settlement discussions and exchanges, presently set for May 8, 2023.  The parties believe the matter is likely to settle at the May 8, 2023 settlement conference, if not beforehand.  (*See* ECF No. 47.)  The parties wish to avoid incurring the additional costs associated with taking multiple depositions prior to the settlement conference.  In order to comply with the current March 31, 2023 discovery cut off, the parties would be forced to conduct these depositions and incur related costs before the May 8, 2023 settlement conference.

5.     In order to further allow for the parties to complete depositions and prepare dispositive motions, should the matter not resolve at the settlement conference, the parties likewise request an extension of the dispositive motion deadline.

/ / /

/ / /

/ / /

6.   Accordingly, this stipulation is made upon good cause to allow the parties to focus their efforts on settlement and save the costs associated with multiple depositions, which may later prove to be moot.

**IT IS SO STIPULATED.**

Dated:  March 9, 2023                    Respectfully submitted,

ROB BONTA
Attorney General of California
R. LAWRENCE BRAGG
Supervising Deputy Attorney General

*/s/ Andrea R. Sloan*

ANDREA R. SLOAN
Deputy Attorney General
*Attorneys for Defendants*

Dated:  March 9, 2023                    Brody McBride Law

*/s/ Brody McBride*

BRODY MCBRIDE
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

Dated: March 10, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2022302869
36990926.docx

3